**In re the Marriage of:**

**Robbie Theresa BEARD, Appellant,**

v.

**Billy Ray BEARD, Respondent.**

No. 67948.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 23, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 1996.

Blair Kenneth Drazic, Creve Coeur, for appellant.

Daniel Robert Sokol, Clayton, for respondent.

Before GARY M. GAERTNER, P.J. and CRAHAN and RHODES RUSSELL, JJ.

*SUMMARY ORDER*

PER CURIAM.

Wife appeals from a judgment of dissolution of marriage of the Circuit Court of St.

---

**5.** Toyne's corporate name actually is Jim Toyne, Inc.

Louis County in regards to property division and maintenance. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the decree is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A detailed opinion would have no precedential value. The trial court's decree is affirmed pursuant to Rule 84.16(b).